IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01025-BNB

VANDALE TAYLOR,

Applicant,

v.

JOHN DAVIS, Warden, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -6 2011

GREGORY C. LANGHAM

---

ORDER FOR STATE COURT RECORD AND TO ANSWER

---

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, IT IS ORDERED:

(1) Within **thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Denver County District Court case number 07CR10474, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims;

(2) Within **thirty (30) days from the date the state court record is provided to the Court**, Respondent(s) shall file an Answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts; and

(3) Within **thirty (30) days** of the filing of the answer Applicant may file a

reply, if he desires; and

(3) The Clerk of the Court is directed to send copies of this order to the clerk of the state court from which the case originated and to the Court Services Manager, State Court Administrator's Office by United States mail, first class postage prepaid, at the following addresses:

> Clerk of the Court
> Denver County District Court
> 1437 Bannock Street
> Denver, Colorado 80202;
>
> Court Services Manager
> State Court Administrator's Office
> 101 W. Colfax, Suite 500
> Denver, Colorado 80202

DATED June 6, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01025-BNB

Vandale Taylor
Prisoner No. 49175
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

Ryan A. Crane
Assistant Attorney General
Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

Clerk of the Court
Denver County District Court
1437 Bannock Street
Denver, Colorado 80202

Court Services Manager
State Court Administrator's Office
101 W. Colfax, Suite 500
Denver, Colorado 80202

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on June 6, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk