FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 16 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

CIVIL ACTION NO. 11-cv-01025-WJM

VANDALE TAYLOR,

    Applicant,

vs.

JOHN DAVIS, Warden, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the record received belongs to a case other than the instant case before the court. Accordingly, said record for the case entitled **People Of The State Of Colorado v. Anthony Ivan Taylor** should be returned to Denver District Court.

It is, therefore **ORDERED** that the Clerk shall return the State Court Record for **Anthony Ivan Taylor**.

Dated this 16th day of June, 2011.

BY THE COURT:

William J. Martínez
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 11-cv-01025 WJM

District Court, City and County of Denver
1437 Bannock St. Rm 256
Denver, CO 80202
Attn: Kate Nelson

VanDale Taylor
# 49175
Buena Vista Correctional Complex-Main & Boot Camp
(BVCC)
Buena Vista, CO 81211

Ryan Alan Crane - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on __6/16/11__.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk